Mary H. PETERSON, Appellant, v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY and R. J. Swanson, Trustee.

No. 13060.

Circuit Court of Appeals, Eighth Circuit.

June 8, 1945.

Walter F. Maley, of Des Moines, Iowa, and S. L. Winters, of Omaha, Neb., for appellant.

Ross, Everest, Geiser & Johnson and Robert M. Stuart, both of Council Bluffs, Iowa, and F. E. Billings, of Red Oak, Iowa, for appellees.

PER CURIAM.

Appeal from District Court dismissed with prejudice, at costs of appellant, on motions of appellant and appellee John Hancock Mutual Life Insurance Company.

Percy J. ORTHWEIN, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.

No. 12956.

Circuit Court of Appeals, Eighth Circuit.

June 25, 1945.

William R. Orthwein and Malcolm I. Frank, both of St. Louis, Mo., for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and John W. Smith, Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

PER CURIAM.

Decision of The Tax Court of the United States affirmed and petition to review dismissed without taxation of costs in favor of either of the parties in this Court, on authority of decision in Oberwinder, Petitioner, v. Commissioner of Internal Revenue, 8 Cir., 147 F.2d 255, on joint motion of counsel for respective parties.

J. W. OAKLEY et al., Appellants, v. E. A. LYNCH, as Trustee of the Estate of H. C. Oakley, etc., Bankrupt, Appellee.

No. 10893.

Circuit Court of Appeals, Ninth Circuit.

June 27, 1945.

Paul Vallee and Van Lee Hood, both of Los Angeles, Cal., for appellants Oakley et al.

Zuckerman & Stein and Meserve, Mumper & Hughes, all of Los Angeles, Cal., for appellee Lynch, etc.

Before GARRECHT, DENMAN and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties for dismissal of appeal herein, and by direction of the Court, it is ordered that the appeal in this cause be dismissed, without costs to any party, that a decree be filed and entered accordingly and that the mandate of this Court in this cause issue forthwith.